UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN ARROYO,

                  Plaintiff,

-v-

THE CITY OF NEW YORK, N.Y.P.D. OFFICER JOSEP PETRILLO, 52nd Pct., and JOHN DOE, 52nd Pct,

                  Defendants.

Index No. : **08 CV 5315**
**AFFIDAVIT OF SERVICE**

---

State of New York  )
                          ) ss.:
County of New York  )

Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (New York state license number 1024905), and resides in the State of New Jersey:

(1) That on the 17th day of June 2008 at 2:32 p.m. deponent served a Summons and Complaint in the above-captioned matter upon the City of New York at the Office of Corporation Counsel, 100 Church St., New York, NY 10007. The documents were accepted and stamped by Amanda Gonzalez, docketing clerk.

(2) That on the 12th day of June 2008 at 7:13 p.m. deponent served a Summons and Complaint in the above-captioned matter upon defendant Joseph Petrillo at his place of employment, NYPD 52nd Precinct, 3016 Webster Ave., Bronx, NY 10467. The documents were accepted by Sgt. Burn, a white female, approximately 5'7" tall, 165 pounds, 45 years old with

1

brown hair.

(3) That on the 19th day of June 2008, deponent mailed a true copy of the Summons and Complaint to defendant Petrillo at the same address where he was served. The envelope was marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individual. The envelope was placed in a U.S. mailbox at the post office located at 6th Ave. and 23rd Street, New York, NY 10011.

_____
Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 19th day of June 2008

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

STEVEN ARROYO

                Plaintiff,

v.

CITY OF NEW YORK; NYPD OFFICER JOSEPH PETRILLO, 52nd Pct., and JOHN DOE, 52nd Pct.

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 5315

JUDGE PATTERSON

TO: (Name and address of defendant)

City of New York  
NYC Law Department  
100 Church Street  
New York, NY 10007

Joseph Petrillo  
NYPD 52nd Precinct  
3016 Webster Ave.  
Bronx, NY 10467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Wachtel  
Law Office of Ronald L. Kuby  
119 West 23rd Street, Suite 900  
New York, NY 10011

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                 JUN 19 2008

CLERK                                                 DATE

*[signature]*

(BY) DEPUTY CLERK